# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONJA WITMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:18-cv-00077 |
| v. | ) | |
| | ) | |
| CAPITAL ONE BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

Hearing Type:   Telephonic Status Conference (No. 2)

Date:   April 23, 2018

Before:   Judge Mark R. Hornak

| Counsel for Plaintiff | Michael Siddons; Nick Bontrager |
|---|---|
| Counsel for Defendant | Shawna English |
| Court Reporter | Richard Ford |
| Law Clerk | Alysha Bohanon |
| Start time | 2:30 PM |
| End time | 3:02 PM |

**SUMMARY OF PROCEEDINGS:**

The Court held this telephonic status conference to discuss the status of the case and whether venue is proper in this district. An appropriate Order will issue.