# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONJA WITMER, | ) |
| | ) |
| Plaintiff, | ) Case No 1:18-cv-00077-MRH |
| | ) |
| v. | ) STIPULATION OF DISMISSAL |
| | ) WITH PREJUDICE |
| CAPITAL ONE BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

NOW COMES Plaintiff, TONJA WITMER, and Defendant, CAPITAL ONE BANK, N.A.; by and through the undersigned counsel, and hereby jointly stipulate for a dismissal of the instant matter in its entirety, with prejudice. Each party to bear its own attorneys' fees and costs incurred.

RESPECTFULLY SUBMITTED,

Dated: May 9, 2018

By: /s/ Michael Alan Siddons

Michael Alan Siddons
*Attorney for Plaintiff*

MCGUIRE WOODS, LLP

Dated: May 9, 2018

By: /s/ Shawna J. English
Shawna J. English, Esq.
*Attorney for Defendant*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to the following:

Shawna J. English
senglish@mcguirewoods.com

By: /s/ Michael Alan Siddons
*Attorney for Plaintiff*